JUN 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAFAELA SAUCEDO-MONTES,<br>aka Rachel Ann Evans,<br>aka Carmen Dolores Escobosa,<br>Defendant. | Criminal Case No. '08 CR 1998 L<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about May 20, 2008, within the Southern District of California, defendant RAFAELA SAUCEDO-MONTES, in a matter within the jurisdiction of the United States Department of Homeland Security, Bureau of Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to a Customs and Border Protection Officer that she was a United States citizen, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney