#28

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAFAELA SAUCEDO-MONTES
aka Rachel Ann Evans
aka Carmen Dolores Escobosa

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1998-L

I, RAFAELA SAUCEDO-MONTES aka Rachel Ann Evans, aka Carmen Dolores Escobosa the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-18-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rafaela Saucedo M.
RAFAELA SAUCEDO-MONTES
Defendant

Bridget Kennedy
BRIDGET KENNEDY
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY