# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY SMV DEPUTY

UNITED STATES OF AMERICA ) CASE NUMBER 08 CR 1998-L
)
vs ) ABSTRACT OF ORDER
)
) Booking No. 08561298
Rafaela Saucedo-Montes )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/14/08

the Court entered the following order:

X Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

X Defendant sentenced to TIME SERVED, supervised release for 3 years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

M. JAMES LORENZ

UNITED STATES ~~MAGISTRATE~~ District JUDGE

OR

Received [signature] DUSM

W. SAMUEL HAMRICK, JR. Clerk
by S. Volkert
Deputy Clerk

S. VOLKERT

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY